# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GREENWALD, | ) |
|     Plaintiff, | ) Case No. 4:19-cv-01902 |
| v. | ) (Judge Brann) |
| DIEBOLD NIXDORF, INC., | ) |
|     Defendant. | ) |

## ORDER OF APPROVAL OF SETTLEMENT

### March 23, 2020

The Court, having considered the Parties' Joint Motion for Approval of Settlement, hereby finds that the Settlement Agreement reached between the Parties represents a fair and reasonable resolution of Plaintiff's Fair Labor Standards Act claim against Defendant.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the settlement in the above-referenced action is hereby APPROVED.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge